Mark Brnovich
Attorney General

Diana Day, Bar No. 023174
Assistant Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4281
Fax: (602) 542-3393
Defensephx@azag.gov
Diana.Day@azag.gov
*Attorney for State Defendants*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alinka and John Sullivan, a married couple, <br><br> Plaintiffs, <br><br> vs. <br><br> Heather and John Doe Means, a married couple; Southwest Catholic Health Network Corporation, an Arizona non-profit corporation, dba Mercy Care Plan/Mercy Care Advantage, a business entity of unknown form; Cesare and Jane Doe Dirienzi, a married couple; Department of Economic Security, a governmental agency; Aetna Medicaid Medical Administrators, LLC, an Arizona limited liability company; Does 1-100, inclusive; Black Partnerships, 1-10, inclusive; White Corporations, 1-50, inclusive, <br><br> Defendants. | Case No: 2:15-cv-02638 PHX SPL <br><br> **STATE DEFENDANTS' REQUEST FOR ORAL ARGUMENT REGARDING ITS MOTION TO DISMISS SECOND AMENDED COMPLAINT [DKT. 29]** <br><br> (Assigned to the Hon. Steven P. Logan) |

The State Defendants respectfully request that the Court set oral argument regarding State Defendants' Motion to Dismiss Second Amended Complaint [DKT. 29]. The motion has now been fully briefed, but it recently came to the attention of undersigned counsel that she erroneously excluded the oral argument request from the caption of the motion. As both defendants have motions to dismiss pending, the oral arguments, if granted, may be consolidated if the Court feels that it would be helpful.

DATED this 13th day of April, 2016.

Mark Brnovich
Attorney General

/s/ Diana Day
Diana Day
Assistant Attorney General
*Attorney for State Defendants*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 13th day of April, 2016:

Kira A. Schlesinger
Schlesinger Conrad Law Firm
3936 E. Desert Cove Avenue, 1st Fl.
Phoenix, AZ 85028
*Attorneys for Plaintiffs*

Jill M. Covington
Bradley W. Petersen
Elizabeth J. Lee
Slattery Petersen, PLLC
2828 North Central Ave., Ste. 1111
Phoenix, AZ 85004
*Attorneys for Southwest Catholic Health Network Corporation dba Mercy Care Plan/ Mercy Care Advantage, Aetna Medicaid Medical Administrators, LLC, and Heather Means*

/s/D. Anderson
#5024244

2